LeRoy Orme, *Petitioner*, v. The State of Florida, *Respondent.*

Division B.

Decision Filed March 14, 1927.

A Writ of Certiorari to the Circuit Court for Lee County; George W. Whitehurst, Judge.

*R. Percy Jones* and *Clements, Clements & Craven*, for Petitioner;

*J. B. Johnson*, Attorney General, and *Roy Campbell*, Assistant, for the State.

Per Curiam.—The writ of certiorari issued herein is quashed on the authority of Ellis v. State, — Fla. —, 109 South. Rep. 622; State *ex rel.* Stillman v. Merritt, 86 Fla. 164, 99 South. Rep. 230; Haile v. Gardner, 82 Fla. 355, 91 South. Rep. 376; Carroll v. United States, 267 U. S. 132, 45 Sup. Ct. Rep. 280, 39 A. L. R. 790; American Ry. Express Co. v. Weatherford, 86 Fla. 626, 98 South. Rep. 820; Leonardy v. City of Sanford, 90 Fla. 191, 105 South. Rep. 339; Parker v. City of Sanford, 90 Fla. 132, 105 South. Rep. 154.

Writ of Certiorari quashed.

Whitfield, P. J., and Terrell and Buford, J. J., concur.

Ellis, C. J., and Strum and Brown, J. J., concur in the opinion.